922

No. 75–1608. Whitney *v.* Brann et vir. C. A. 3d Cir. Certiorari denied.

No. 75–1611. Mehra, Administrator *v.* Bentz et vir. C. A. 2d Cir. Certiorari denied.

No. 75–1635. Combs *v.* Texas. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 75–6321. White *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–6334. Jones, aka Shariff *v.* United States; and
No. 75–6358. Jones *v.* United States. C. A. 4th Cir. Certiorari denied. Reported below: 542 F. 2d 186.

No. 75–6338. Stewart *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 75–6341. Simpson *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 75–6345. Fleming *v.* Gunn, Warden. C. A. 9th Cir. Certiorari denied.

No. 75–6356. Lovell *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 75–6367. Wimberly *v.* United States; and
No. 75–6412. Fowler *v.* United States. C. A. 6th Cir. Certiorari denied. Reported below: 529 F. 2d 528.

No. 75–6369. Brown *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 75–6411. Nelson *v.* United States. C. A. 8th Cir. Certiorari denied.